UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

JENI CLINE

 -vs-  Case No. 2:09-CV-14032
 Hon. Robert H. Cleland

NCO FINANCIAL SYSTEMS INC.,
APEX FINANCIAL MANAGEMENT, LLC,
CHARLES VINCENT,
    Defendant

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

The Plaintiff dismisses her claims against NCO Financial Systems, Inc. with prejudice and without costs, sanctions, or attorneys fees.

Respectfully Submitted,

By:  s/ Julie A. Petrik
Julie A. Petrik (P47131)
LYNGKLIP & ASSOCIATES
CONSUMER LAW CENTER, PLC
Attorney For Jeni Cline
24500 Northwestern Highway, Ste. 206
Southfield, MI 48075
(248) 208-8864
JuliePetrik@Att.Net

Dated: January 11, 2010

## Certificate of Service

I hereby certify that on January 11, 2010, I served this document on the following parties:

| Party | Manner Served |
|---|---|
| Nicole Barrett<br>55 W. Monroe St., Suite 1120,<br>Chicago, IL 60603-5130<br>312.578.0992<br>nbarrett@sessions-law.biz | Via email |

Boyd Gentry  
Surdyk, Dowd & Turner Co., L.P.A  
One Prestige Place, Suite 700  
Miamisburg, OH 45342

Electronically via the CM/ECF System

Respectfully Submitted,

By:  s/ Julie A. Petrik  
Julie A. Petrik (P47131)  
LYNGKLIP & ASSOCIATES  
CONSUMER LAW CENTER, PLC  
Attorney For Jeni Cline  
24500 Northwestern Highway, Ste. 206  
Southfield, MI 48075  
(248) 208-8864  
JuliePetrik@Att.Net

Dated: January 11, 2010