UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

JENI CLINE

 -vs-              Case No. 2:09-CV-14032
                 Hon. Robert H. Cleland

NCO FINANCIAL SYSTEMS INC.,
APEX FINANCIAL MANAGEMENT, LLC,
CHARLES VINCENT,
 Defendants.

## STIPULATED ORDER OF DISMISSAL

Having been advised by the stipulation of the parties below, it is ordered that the claims against Apex Financial Management, LLC and Charles Vincent are dismissed with prejudice and without costs, attorney fees or sanctions to any party.

The Court retains jurisdiction only for purposes of enforcing the settlement in this matter.

**So ordered**.

                S/Robert H. Cleland
                Honorable Robert H. Cleland

Entered : February 12, 2010.

Stipulated To By:

| s/ Julie A. Petrik | s/ by consent Boyd Gentry |
|---|---|
| Julie A. Petrik (P47131) | Boyd Gentry |
| Attorney For Plaintiff | Attorney for Apex Financial Management, LLC and Charles Vincent |
| Lyngklip & Associates Consumer Law Center, PLC | Surdyk, Dowd & Turner Co., L.P.A |
| Southfield, MI 48075 | One Prestige Place, Suite 700 |
| (248) 208-8864 | Miamisburg, OH 45342 |
| JuliePetrik@Att.Net | (937) 222-2333 |
| | bgentry@sdtlawyers.com |